IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT JAMES SALYARDS,<br>Defendant | DOCKET NO. 5:25cr11-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violation: 18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a)(1) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
*(Possession with Intent to Distribute Methamphetamine)*

On or about February 25, 2025, in Catawba County, within the Western District of North Carolina, the defendant,

**ROBERT JAMES SALYARDS,**

did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

### COUNT TWO
*(Possession of a Firearm by a Convicted Felon)*

On or about September 12, 2023, in Catawba County, within the Western District of North Carolina, the defendant,

**ROBERT JAMES SALYARDS,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one firearm, to wit: a Ruger .380 caliber pistol, in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

    a.    All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

    b.    All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

(a) A Ruger .380 caliber pistol, seized September 12, 2023, in the course of the investigation.
(b) Currency in the amount of $446, seized February 25, 2025, in the course of the investigation.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY